IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASSOCIATED ELECTRIC COOPERATIVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3261-CV-S-DW |
| | ) | |
| AIG EUROPE (UK) LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties Stipulation of Dismissal with Prejudice. (Doc. 50). Pursuant to the Stipulation, the case is hereby DISMISSED with prejudice with each party to bear its own costs. The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED.


Date: May 25, 2007                                                /s/ DEAN WHIPPLE
                                                                              Dean Whipple
                                                                              United States District Court